**UNITED STATES v. RICARDO PALMER**
**08CR1193-DMS**

# LIST OF EXHIBIT

Exhibit A *Order of Conditions of Release* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2

Exhibit B *Bond Packet* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-20

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    Plaintiff,    )    CRIMINAL CASE NO. _08 MJ 1064_

v.    )

Ricardo Palmer (01)    )    **ORDER AND CONDITIONS OF PRETRIAL**
~~Solomon~~                    Defendant.    )    **RELEASE: BAIL** (18 U.S.C. § 3142(c))

A hearing was held to determine pretrial conditions of release of the defendant pursuant to 18 U.S.C. § 3142. The Federal Judge determined an unconditional release pursuant to 18 U.S.C.§ 3142(b) is not sufficient to assure the appearance of the defendant and the safety of the community. Thus, conditions of pretrial release are necessary pursuant to 18 U.S.C.§ 3142(c). *Good cause appearing,*
**IT IS ORDERED** that the defendant shall be released subject to the condition that the defendant: *(a) not commit a federal, state or local crime during the period of release, (b) make all court appearances and (c) comply with the conditions itemized below, as indicated by (✓), in accordance with 18 U.S.C.§ 3142(c)(2):*

**STANDARD CONDITIONS:**

✓ 1. restrict travel to ❏ San Diego County, ❏ Southern District of California, ❏ Central District of California, ❏ State of California, ❏ United States, ❏ do not enter Mexico, ❏ other:_____;

✓ 2. report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court;

✓ 3. not possess or use any narcotic drug or controlled substance, (defined in 21 U.S.C. § 802), without a lawful medical prescription;

✓ 4. not possess any firearm, dangerous weapon or destructive device during the pendency of the case;

✓ 5. read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Form;

✓ 6. provide a current residence address and phone number prior to release and keep it current while case pending.

**ADDITIONAL CONDITIONS:**

✗ 7. be able to be legally remain in the United States during pendency of the proceedings;

___ 8. submit to treatment, and/or testing, as specified by the PSO, for:
     ❏ drugs or alcohol, and/or ❏ psychiatric or psychological counseling;

___ 9. participate in a Global Positioning System (GPS) satellite monitoring program ❏ active ❏ passive, including, release of defendant to PSA custody; and ❏ residence restrictions and/or ❏ permissive travel for employment. Defendant and sureties are responsible for GPS equipment loss or damage.
     ❏ submit to supervision and custody of _____; and/or
     ❏ remain at a specified residence (curfew) between the hours of _____ P.M. and _____ A.M. daily;

___ 10. actively seek and maintain full-time employment, schooling, or combination of both;

✓ 11. execute a personal appearance bond in the amount of $ _20,000 PLS_ secured by:
     ❏ a trust deed to the United States on real estate approved by a Federal Judge;
     ❏ the co-signatures of _(w/o .)_ financially responsible (related) adults;
     ❏ Nebbia Hearing ❏ Exam of Sureties ❏ other: _____

___ 12. provide the court with: ❏ a cash bond and/or ❏ execute a bail bond by an approved solvent corporate surety in the amount of $ _____ that covers **ALL** conditions of release (not just appearances).

___ 13. 18 U.S.C.§ 3142(d) hold until _____ ; if no detainer is lodged by then, these conditions take effect.

___ 14. clear all warrants/FTA's within _____ days of release.

___ 15. all conditions previously set will remain the same.

___ 16. other conditions: _____

_____

_____

FILED

APR - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DATED: _4/7/08_    _____
                    Federal Judge

cc:    Defendant/Counsel & U.S. Pretrial Services

2

# EXHIBIT B

**ORIGINAL**

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | ) | AUSA Bond Approval:_____ |
| UNITED STATES OF AMERICA | ) | |
| | ) | **APPEARANCE BOND** |
| vs. | ) | **FOR CASE NUMBER**    08 MJ 1064-01 |
| | ) | |
| RICARDO PALMER | ) | |
| _____ | ) | |

     I, the undersigned defendant, and we, the sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally are bound to pay the United States of America the sum of $_____20,000.00_____, and there has been deposited in the Registry of the Court the sum of $_____00.00_____ in cash or the amount of the bond is secured by ___signature of two financially responsible adults___. (describe other security)

     The conditions of this bond are that the defendant is to appear as ordered by the United States District Court for the Southern District of California at San Diego, and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above-entitled matter as may be given or issued by a Federal Judge or by the United States District Court to which the defendant may be removed or the cause transferred; that the defendant is not to depart the State of California, or the jurisdiction of any other United States District Court to which the defendant may be removed or the cause transferred after he has appeared in such other district pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by a Federal Judge or the United States District Court for the Southern District of California or the United States District Court for such other district; that the defendant is to abide any judgment entered in such matter by surrendering himself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe. Further, the conditions of pretrial release set forth in the order filed in this matter and a part of the record therein are further conditions of this bond.

     If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above-entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

     It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned are duly exonerated by court order.

     This appearance bond fully incorporates by this reference each surety addendum attached hereto for those Sureties to this bond.

This bond signed on _04-18_, 20_08_, at _S.D. Ca._.

Defendant's Signature: _Attached_____

1   Surety's Signature: _MARGARITA PLAMER_____

2   Surety's Signature: _Mim I P Palul_____

Signature of Witness of Surety' Signature: _____

Signed and acknowledged before me, the witness, on _04-18-_, 20_08_.

Approved:_____, Federal Judge

K:\COMMON\CSA\forms\2005\BondForms.wpd

**4**

**ORIGINAL**

| UNITED STATES DISTRICT COURT | ) | AUSA Bond Approval:_____ |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | APPEARANCE BOND |
| Ricardo Palmer | ) | FOR CASE NUMBER 08 mj 1064-01 |
| | ) | |

     I, the undersigned defendant, and we, the sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally are bound to pay the United States of America the sum of $ 20,000_____, and there has been deposited in the Registry of the Court the sum of $_____0_____ in cash or the amount of the bond is secured by _____2 FRA's_____. (describe other security)

     The conditions of this bond are that the defendant is to appear as ordered by the United States District Court for the Southern District of California at San Diego, and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above-entitled matter as may be given or issued by a Federal Judge or by the United States District Court to which the defendant may be removed or the cause transferred; that the defendant is not to depart the State of California, or the jurisdiction of any other United States District Court to which the defendant may be removed or the cause transferred after he has appeared in such other district pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by a Federal Judge or the United States District Court for the Southern District of California or the United States District Court for such other district; that the defendant is to abide any judgment entered in such matter by surrendering himself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe. Further, the conditions of pretrial release set forth in the order filed in this matter and a part of the record therein are further conditions of this bond.

     If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above-entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

     It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned are duly exonerated by court order.

     This appearance bond fully incorporates by this reference each surety addendum attached hereto for those Sureties to this bond.

This bond signed on _04/07_, 20_08_, at _S.D. Ca_.

Defendant's Signature: X _Ricardo Palm_____

Surety's Signature:_____

Surety's Signature:_____

Signature of Witness of Surety' Signature:_____

Signed and acknowledged before me, the witness, on _04-07_, 20_08_.

Approved:_____, Federal Judge

K:\COMMON\CSA\forms\2005\BondForms.wpd

5

## ADVICE OF PENALTIES AND SANCTIONS

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, and a prosecution for contempt as provided in 18 U.S.C. § 401 which could result in a possible term of imprisonment and/or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not less than two years nor more than ten years, if the offense is a felony; or a term of imprisonment of not less than ninety days nor more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years in prison and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years in jail and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant fails to appear or surrender and the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for another offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: 04/07/08                    _Ricardo Peña_
                                  Signature of Defendant

K:\COMMON\CSA\forms\2005\BondForms.wpd

6

## AFFIDAVIT BY OWNER OF CASH SECURITY (complete if applicable)

I, _____ , on oath say that the $ _____
cash deposited as security on the foregoing bond is owned by me and is to be returned to me at the address
listed on page one of this surety addendum upon exoneration of this bond.

I hereby subject said funds to the provisions of Local Court Rule 67.1 and consent and agree that in case
of default or contumacy on the part of the principal, the Court may, upon notice to me of not less than ten
days, proceed summarily and render judgment against said cash security in accordance with my obligation
herein and award execution thereon.


## JUSTIFICATION OF SURETY AND SURETY AGREEMENT

I, Michael P Palmer, the undersigned surety, declare under penalty of perjury, that
my net worth is the sum of $ at least $20,000.00 and that I have read and understand this two
page Surety Addendum in its entirety. I further understand that by signing the appearance bond and this
surety addendum to the appearance bond, I will be responsible for the defendant's appearances in court
and the defendant's compliance with all conditions of release as ordered by the court. If the defendant
does not appear or comply with the conditions of release, I will be required to pay the amount of the bond,
any security I have posted may be taken by the Government to satisfy the bond, and a judgment may be
entered against me. If judgment is entered against me a Judgment Lien will be filed with the County
Recorder in all appropriate counties for the full amount of the bond.

I declare under the penalty of perjury that all information contained in this bond and on this Surety
Addendum is true, accurate, and complete. (Penalty for false statements: $250,000 fine and/or five years
imprisonment, 18 U.S.C. § 1001.)

Signature of surety: _____ Date: 04-18-08

Printed name and address of witness to surety's signature: TIM . Garrison _____

**225 Broadway ste 900 San Diego Ca 92101/ Federal Defenders of S.D. Inc**

Signature of witness: _____ Date: 04-18-08

AUSA_____(initials)          DEFENSE ATTORNEY _____(initials)


Page 2 of 2     Surety Addendum

K:\COMMON\CSA\forms\2005\BondForms.wpd

7

CASE NAME: United States v **RICARDO PALMER**     CASE NO. __08 MJ 1064-01__

**SURETY ADDENDUM TO APPEARANCE BOND ( 2 pages)**
(Use separate addendum for each surety)

## ATTACH PHOTOCOPIES OF TWO PIECES OF IDENTIFICATION, INCLUDING AT LEAST ONE PICTURE I.D. FOR EACH SURETY

Surety's Name: Michael P Palmer

Date of Birth: 12/28/81     S.S.# 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

Immigration Status: US Citizen     "A" Number: _____

Home address: 652 Claydelle ave El Cajon, ca 92104

Home Phone: 619-248-1345

Surety's relationship to defendant: Brother

**EMPLOYMENT AND SALARY INFORMATION:**

Employer's name: Drew Ford

Employer's address: 8670 grossmont Blvd

Length of employment: 3 yrs     Work phone: 619-668-9235

Monthly salary (gross): $ 1100 plus overtime

**ADDITIONAL INCOME INFORMATION: (complete if applicable)**

Source of additional income: 401 K Plan

Amount of additional income: $ 1,000

**REAL PROPERTY OWNED: (if more than one piece of property is owned please use additional sheet)**

Address: _____

Value of Property: $ _____     Equity in property: $ _____

Holder(s) of trust deed(s): _____

Are payments/taxes current? _____

Is proof of surety's title to property attached? _____ Appraisal? _____

AUSA _____ (initials)     SURETY MP (initials)

Page 1 of 2   Surety Addendum

8





9

DREW FORD/VOLKSWAGEN/HYUNDAI • LA MESA, CA 91941

MICHAEL PHILLIP PALMER

| | EMP # | 997281 |
| --- | --- | --- |
| CHECK # | 00144356 | CHK DATE 03/20/08 |
| PERIOD: FROM 03/01/08 THRU 03/15/08 | | |
| RATE/SALARY | 10.25 | HIRED 04/06/05 |
| DEPT 805466-PTGEN | PTGEN | |
| W/H ALLOW/STATUS: FED 1 S | ST 1 S | |

| EARNINGS | HRS | CURRENT | Y-T-D |
| --- | --- | --- | --- |
| REGULAR | 80.00 | 820.00 | 5,038.08 |
| OVERTIME | 24.03 | 369.58 | 1,693.34 |
| HOLIDAY | .00 | | 164.00 |

| TAXES | CURRENT | Y-T-D |
| --- | --- | --- |
| FICA-OASDI | 67.71 | 393.17 |
| FEDERAL W/H TAX | 98.74 | 562.90 |
| FICA-HI | 15.84 | 91.95 |
| CALIFORNI W/H | 14.72 | 80.45 |
| CALIFORNI DISAB | 8.74 | 50.73 |

| DEDUCTIONS | CURRENT | Y-T-D |
| --- | --- | --- |
| A/R | | 57.93 |
| P/T HEALTHX2 | 97.42 | 553.98 |
| 401K | 71.37 | 413.72 |
| UNUM | 8.19 | 49.14 |

| EMP # 997281 | CURRENT | Y-T-D |
| --- | --- | --- |
| TOTAL EARNINGS | 1,189.58 | 6,895.42 |
| TOTAL DEDUCTS | 176.98 | 1,074.77 |
| TOTAL TAXES | 205.75 | 1,179.20 |

| ** NET PAY *** | 806.85 | 4,641.45 |
| --- | --- | --- |

ACCRUED TIME-OFF AVAILABLE
VACATION    112.00 HOURS

THIS IS A GREAT TIME TO BUY OR
LEASE A NEW OR USED FORD, VW OR
HYUNDAI FROM US!

595251940

MICHAEL PHILLIP PALMER

DREW FORD/VOLKSWAGEN/HYUNDAI, 8970 LA MESA, CA 91942

```
                                      EMP #   997281                            CURRENT      Y-T-D
CHECK # 00144848 CHK DATE 04/04/08            REGULAR        902.00           5,940.08
PERIOD: FROM 03/16/08 THRU 03/31/08           OVERTIME  88.00  14.10          1,910.20
RATE/SALARY     10.25 HIRED 04/06/05          HOLIDAY      .00                  164.00
DEPT 805466-PTGEN          PTGEN
W/H ALLOW/STATUS: FED  1  S  ST  1  S

                                              DEDUCTIONS
                                              A/R                     CURRENT        Y-T-D
    TAXES          CURRENT      Y-T-D         P/T HEALTHX2   97.42              57.73
FICA-OASDI          63.33       456.50        401K          57.13             651.40
FEDERAL W/H TAX     88.77       651.67        UNUM            8.19             480.85
FICA-HI             14.81       106.76                                         57.33
CALIFORNI W/H       12.06        92.51
CALIFORNI DISAB      8.17        58.90

EMP #  997281   CURRENT      Y-T-D
TOTAL EARNINGS   1,118.86    8,014.28
TOTAL DEDUCTS      172.74    1,247.51
TOTAL TAXES        187.14    1,366.34

** NET PAY ***     758.78    5,400.43

ACCRUED TIME-OFF AVAILABLE
    VACATION     112.00 HOURS
```

TELL YOUR FRIENDS AND NEIGHBORS
ABOUT THE HUGE F-150 RED TAG SALE
GOING ON NOW WITH DEEP DISCOUNTED
PRICES!!!
395392031

**11**

| Form **8879** | | IRS *e-file* Signature Authorization | OMB No. 1545-0074 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ► Do not send to the IRS. This is not a tax return. ► Keep this form for your records. See instructions. | **2007** |

Declaration Control Number (DCN) ►     00-330650-07233-8

| Taxpayer's name | Social security number |
|---|---|
| MICHAEL P. PALMER | 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 |
| Spouse's name | Spouse's social security number |

### Part I  Tax Return Information — Tax Year Ending December 31, 2007 (Whole Dollars Only)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | **1** | 27,798. |
| 2 | Total tax (Form 1040, line 63; Form 1040A, line 37; Form 1040EZ, line 10) | **2** | 2,463. |
| 3 | Federal income tax withheld (Form 1040, line 64; Form 1040A, line 38; Form 1040EZ, line 7) | **3** | 2,889. |
| 4 | Refund (Form 1040, line 74a; Form 1040A, line 43a; Form 1040EZ, line 11a; Form 1040-SS, Part I, line 12a) | **4** | 426. |
| 5 | Amount you owe (Form 1040, line 76; Form 1040A, line 46; Form 1040EZ, line 12) | **5** | |

### Part II  Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2007, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

Taxpayer's PIN: check one box only

---

| a Employee's social security number 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 | OMB No. 1545-0008 | Safe, accurate, FAST! Use | IRS *e-file* | Visit the IRS website at *www.irs.gov/efile*. |
|---|---|---|---|---|

| b Employer identification number (EIN) 95-2498710 | 1 Wages, tips, other compensation 27798.38 | 2 Federal income tax withheld 2888.75 |
|---|---|---|
| c Employer's name, address, and ZIP code DREW FORD P.O. BOX 188 LA MESA, CA 91941 | 3 Social security wages 29051.38 | 4 Social security tax withheld 1801.19 |
| | 5 Medicare wages and tips 29051.38 | 6 Medicare tax withheld 421.24 |
| | 7 Social security tips | 8 Allocated tips |
| d Control number | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code MICHAEL P.      PALMER PO BOX 3194 LA MESA, CA 91944 | 11 Nonqualified plans | 12a See instructions for box 12 D  1253.00 |
| | 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| | 14 Other PRE-TAX DED 2073.37 | 12c |
| | | 12d |

| 15 State  Employer's state ID number CA 13843164 | 16 State wages, tips, etc. 27798.38 | 17 State income tax 577.31 | 18 Local wages, tips, etc. .00 | 19 Local income tax 174.31 | 20 Locality name CA SDI |
|---|---|---|---|---|---|

Form **W-2** Wage and Tax Statement    **2007**

Department of the Treasury—Internal Revenue Service
Copy B—To Be Filed With Employee's FEDERAL Tax Return.
This information is being furnished to the Internal Revenue Service.

**Do Not Submit This Form to the IRS Unless Requested To Do So**

BAA For Privacy Act and Paperwork Reduction Act Notice, see instructions.

FDIA1701L  12/18/07

Form 8879 (2007)

**12**



COML    11/30/2006 TO 11/30/2007

VEHICLE IDENTIFICATION NUMBER
1GCEC19VX3Z167189

BODY TYPE MODEL
4C

DATE ISSUED
10/28/2006

TYPE  LICENSE NUMBER
31    7A87103

DATE FIRST SOLD
00/00/2002

CLASS  CO
FW

MAKE
CHEV

YR  YR/MODE
2003

TOTAL FEES PAID
$237    3700

REGISTERED OWNER
PALMER MICHAEL PHILIP
PO BOX 3194
LA MESA CA 91944-3194

LIENHOLDER
NORTH ISLAND FCU
PO BX 85833

SAN DIEGO

92186
14310182006500    W0080
                   R0040
                   L0099

STATE OF CALIFORNIA
DEPARTMENT OF MOTOR VEHICLES
VALIDATED REGISTRATION CARD

K4902959

13

**AFFIDAVIT BY OWNER OF CASH SECURITY (complete if applicable)**

I, _____, on oath say that the $ _____
cash deposited as security on the foregoing bond is owned by me and is to be returned to me at the address
listed on page one of this surety addendum upon exoneration of this bond.

I hereby subject said funds to the provisions of Local Court Rule 67.1 and consent and agree that in case
of default or contumacy on the part of the principal, the Court may, upon notice to me of not less than ten
days, proceed summarily and render judgment against said cash security in accordance with my obligation
herein and award execution thereon.


**JUSTIFICATION OF SURETY AND SURETY AGREEMENT**

I, _MARGARITA BAER_ the undersigned surety, declare under penalty of perjury, that
my net worth is the sum of $ __at least $:__ _____ and that I have read and understand this two
page Surety Addendum in its entirety. I further understand that by signing the appearance bond and this
surety addendum to the appearance bond, I will be responsible for the defendant's appearances in court
and the defendant's compliance with all conditions of release as ordered by the court. If the defendant
does not appear or comply with the conditions of release, I will be required to pay the amount of the bond,
any security I have posted may be taken by the Government to satisfy the bond, and a judgment may be
entered against me. If judgment is entered against me a Judgment Lien will be filed with the County
Recorder in all appropriate counties for the full amount of the bond.

I declare under the penalty of perjury that all information contained in this bond and on this Surety
Addendum is true, accurate, and complete. (Penalty for false statements: $250,000 fine and/or five years
imprisonment, 18 U.S.C. § 1001.)

Signature of surety: _MARGARITA BAER_____ Date: _4-18-08_

Printed name and address of witness to surety's signature: _tim Garrison_____

**225 Broadway ste 900 San Diego CA 92101/ Federal Defenders of S.D. Inc**

Signature of witness: _____ Date: _04-18-08_

**AUSA____(initials)         DEFENSE ATTORNEY____(initials)**

Page 2 of 2     Surety Addendum

CASE NAME: United States v **RICARDO PALMER**          CASE NO.    **08 MJ 1064-01**

### SURETY ADDENDUM TO APPEARANCE BOND ( 2 pages)
(Use separate addendum for each surety)

## ATTACH PHOTOCOPIES OF TWO PIECES OF IDENTIFICATION,
## INCLUDING AT LEAST ONE PICTURE I.D. FOR EACH SURETY

Surety's Name: _Margarita Palmer_

Date of Birth: _10-24-1958_  S.S.# _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_

Immigration Status: _L.P.R._          "A" Number _090-850-220_

Home address: _652 Claydelle Ave, El Cajon_
_CA 92104_          Home Phone: _(619) 248-1348_

Surety's relationship to defendant: _mother_

**EMPLOYMENT AND SALARY INFORMATION:**

Employer's name: _Marriott Hotel_

Employer's address: _W. Harbor Dr. San Diego Ca_

Length of employment: _4 yrs_    Work phone: _(619) 234-1500_

Monthly salary (gross): $ _1461.28_

**ADDITIONAL INCOME INFORMATION: (complete if applicable)**

Source of additional income: _____

Amount of additional income: $ _____

**REAL PROPERTY OWNED: (if more than one piece of property is owned please use additional sheet)**

Address: _____

Value of Property: $ _____ Equity in property: $ _____

Holder(s) of trust deed(s): _____

Are payments/taxes current? _____

Is proof of surety's title to property attached? _____ Appraisal? _____

AUSA_____(initials)     SURETY _MP_ (initials)

Page 1 of 2   Surety Addendum



**PERMANENT RESIDENT CARD**

NAME PEREZ DE PALMER, MARGARITA

INS A# 090-850-220

Birthdate    Category    Sex
10/24/58    W16    F

Country of Birth
Mexico    CARD EXPIRES 11/08/10

Resident Since 07/20/89

C1USA0908502205WAC0022851749<<
5810240F1011094MEX<<<<<<<<<<<6
PEREZ<DE<PALMER<<MARGARITA<<<<



**CALIFORNIA**

IDENTIFICATION CARD
B4459440

EXPIRES 10-24-    MARGARITA PALMER
PO BOX 3721
LA MESA, CA 92045

SEX:F    HAIR:BLK    EYES:BRN
HT:5-03    WT:150    DOB:10-24-58



**SOCIAL SECURITY**



SAN DIEGO **Marriott**
HOTEL & MARINA

Margarita Palmer
Name

04/23/04    Housekeeping
Date of Hire    Department

Signature

16

**MARGARITA PALMER**

| WEEK ENDING DATE | WKS | CHECK NUMBER | EMPL ID |
|---|---|---|---|
| 04/04/08 | 2 | 0082569924 | 1359508 |

RETAIN FOR TAX PURPOSES

| | DIV | MATH | SUB | SUB UNITS |
|---|---|---|---|---|
| | 33 | 7J8 | U1 | |

| | | PAYMENTS | | |
|---|---|---|---|---|
| OCCUP | DESCR | RATE | HRS/DAYS | AMOUNT |
| 114800 | RATE 1 | 10140 | 720 | 73008 |
| | BEFORE TAX DEDUCTION | | | -4400 |

| | | TOTAL | | 68608 |

| YTD. FED. WAGES | | TAX DEDUCTIONS | | |
|---|---|---|---|---|
| 564612 | DESCR | AMOUNT | | YTD |
| YTD. FICA WAGES | FIT | 2434 | | 21052 |
| 564612 | FICA | 5248 | | 43192 |
| | ST CA | 512 | | 4528 |
| EXEMPTIONS | CA SDI | 549 | | 4517 |
| FED / ST | | | | |
| 1 | | | | |
| EXEMPT STATUS | | | | |
| FED / ST | | TOTAL | | 8743 |
| 00 / 00 | | | | |

| AVAILABLE | | DEDUCTIONS-BACKCHARGES-MEMO ITEMS | | |
|---|---|---|---|---|
| LEAVE HOURS | DESCR | DEDN AMT | MEMO/BK CHG AMT | |
| 54 | MED | BEFORTX | 4400 | |
| HOURS SICK | | | | |
| 0 | | | | |
| PAY CYCLE | | | | |
| BEGIN | | | | |
| 03/22/2008 | | | | |
| PAY CYCLE | | | | |
| END | | | | |
| 04/04/2008 | | | | |

| | TOTAL | 00 |
|---|---|---|

THE NEW PLEASANTON MARRIOTT
NEWLY RENOVATED; OAKMC
LOCATED NEAR SAN FRANCISCO
ASSOC. RATES AVAILABLE FROM $49

| | TOTAL | |
|---|---|---|
| | NET AMOUNT | $****598.65 |

PLEASE VERIFY YOUR NAME AND ADDRESS ON YOUR PAYCHECK.
GO TO WWW.4MYHR.COM AND ACCESS THE MY INFORMATION TAB TO MAKE CHANGES.

---

**MARGARITA PALMER**

| WEEK ENDING DATE | WKS | CHECK NUMBER | EMPL ID |
|---|---|---|---|
| 03/21/08 | 2 | 0082525396 | 1359508 |

RETAIN FOR TAX PURPOSES

| | DIV | MATH | SUB | SUB UNITS |
|---|---|---|---|---|
| | 33 | 7J8 | U1 | |

| | | PAYMENTS | | |
|---|---|---|---|---|
| OCCUP | DESCR | RATE | HRS/DAYS | AMOUNT |
| 114800 | RATE 1 | 10140 | 720 | 73008 |
| 114800 | SOLDRM | | | 800 |
| | VAC LV | 10140 | 80 | 8112 |
| | BEFORE TAX DEDUCTION | | | -4400 |

| | | TOTAL | | 77520 |

| YTD. FED. WAGES | | TAX DEDUCTIONS | | |
|---|---|---|---|---|
| 496004 | DESCR | AMOUNT | | YTD |
| YTD. FICA WAGES | FIT | 3326 | | 18618 |
| 496004 | FICA | 5930 | | 37944 |
| | ST CA | 678 | | 4016 |
| EXEMPTIONS | CA SDI | 620 | | 3968 |
| FED / ST | | | | |
| EXEMPT STATUS | | | | |
| FED / ST | | TOTAL | | 10554 |
| 00 / 00 | | | | |

| AVAILABLE | | DEDUCTIONS-BACKCHARGES-MEMO ITEMS | | |
|---|---|---|---|---|
| LEAVE HOURS | DESCR | DEDN AMT | MEMO/BK CHG AMT | |
| 51 | MED | BEFORTX | 4400 | |
| HOURS SICK | | | | |
| 0 | | | | |
| PAY CYCLE | | | | |
| BEGIN | | | | |
| 03/08/2008 | | | | |
| PAY CYCLE | | | | |
| END | | | | |
| 03/21/2008 | | | | |

| | TOTAL | 00 |
|---|---|---|

EXPERIENCE THE NEW COURTYARD
LOBBY AT GOCOURTYARD.COM. VIEW
GUEST IMPRESSIONS, COMMENTS
VIDEO TOURS AND COURTYARD NEWS.

| | TOTAL | |
|---|---|---|
| | NET AMOUNT | $****669.66 |

PLEASE VERIFY YOUR NAME AND ADDRESS ON YOUR PAYCHECK.
GO TO WWW.4MYHR.COM AND ACCESS THE MY INFORMATION TAB TO MAKE CHANGES.

17

Form **8879**

Department of the Treasury
Internal Revenue Service

**IRS e-file Signature Authorization**

► Do not send to the IRS. This is not a tax return.
► Keep this form for your records. See instructions.

OMB No. 1545-0074

**2007**

Declaration Control Number (DCN)  ►      00-330650-07234-8

| Taxpayer's name | Social security number |
|---|---|
| MARGARITA PALMER | 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 |
| Spouse's name | Spouse's social security number |

**Part I   Tax Return Information — Tax Year Ending December 31, 2007 (Whole Dollars Only)**

| | | |
|---|---|---:|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | 1 | 17,747. |
| 2 | Total tax (Form 1040, line 63; Form 1040A, line 37; Form 1040EZ, line 10) | 2 | 955. |
| 3 | Federal income tax withheld (Form 1040, line 64; Form 1040A, line 38; Form 1040EZ, line 7) | 3 | 638. |
| 4 | Refund (Form 1040, line 74a; Form 1040A, line 43a; Form 1040EZ, line 11a; Form 1040-SS, Part I, line 12a) | 4 | |
| 5 | Amount you owe (Form 1040, line 76; Form 1040A, line 46; Form 1040EZ, line 12) | 5 | 317. |

**Part II   Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)**

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2007, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

Taxpayer's PIN: check one box only

| Form W2 Wage and Tax Statement 2007 | Copy C For Employee's Records (See notice on back of Copy B) | | Department of the Treasury-Internal Revenue Service OMB# 1545-0008 |
|---|---|---|---|

| | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | | 17747.32 | 657.72 |
| b Employer's identification number | | 3 Social security wages | 4 Social security tax withheld |
| 52-1953953 | | 17747.32 | 1100.33 |
| a Employee's social security number | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 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 | | 17747.52 | 257.33 |

c Employer's name, address, and ZIP code

MARRIOTT INTL ADMIN SRVS, INC. AGENT FOR
MARRIOTT INTERNATIONAL, INC      001
10400 FERNWOOD RD
BETHESDA            MD 20817

12a See instructions for box 12

| | | 7 Social security tips | 8 Allocated tips |
| | | 0.00 | 0.00 |
| | | 9 Advance EIC payment | 10 Dependent care benefits |
| | | 0.00 | 0.00 |
| | | 11 Nonqualified plans | |
| | | 0.00 | |

d Control number      00698      MA083591      R 337J8U1

e Employee's name, address, and ZIP code

MARGARITA    PALMER
P.O. BOX 3194
LA MESA            CA 91944

14 Other

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| 13 Statutory employee | Retirement Plan | Third-Party Sick Pay | | | | | |
|---|---|---|---|---|---|---|---|
| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CA | 438-8659-7 | 17747.32 | 143.40 | 17747.32 | 106.48 | CASDI |

Date ►

---

**Practitioner PIN Method Returns Only — continue below**

**Part III   Certification and Authentication — Practitioner PIN Method Only**

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN ............................ 33065091944

do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2007 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and Publication 1345, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature  ►  Larry Green                                Date ►

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

BAA  For Privacy Act and Paperwork Reduction Act Notice, see instructions.            Form 8879 (2007)

FDIA     12/18/07

**18**

CASE NAME: United States v **RICARDO PALMER**      CASE NO.    **08 MJ1064-01**

## BAIL INFORMATION SHEET

Defendant Information:

Name: **RICARDO PALMER**

Date of Birth: **09/24/1985**                    S.S.#: **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**

Immigration status: **U.S. Citizen**              "A" Number:

Home address: **17249 N 7th. ST. APT # 1076 PHOENIX ARIZONA 85022**

Home phone:

Employer's name: **UNEMPLOYED**

Employer's address:

Length of employment:              Work phone:

✳ Name(s), address(es), and phone number(s) of person(s) with whom defendant will live during pendency of case. Michael Palmer - Dad, Michael Palmer - Brother, Margarita Palmer - Mom, Ricardo Palmer - Son 652 Claydelle Ave, CA

✳ Name(s) address(es), and phone number(s) of person(s) residing in United States who will know how to contact defendant; aside from sureties on this bond. Jessie Gonzalez · 619-232-3262

Defense Attorney Information:

Name: **MICHELLE BETANCOURT**      Address: **FEDERAL DEFENDERS OF SAN DIEGO**

**225 BROADWAY STE 900 SAN DIEGO CA 92101**      Phone: **619) 234-8467**

AUSA_____(initials)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, ) | | CRIMINAL CASE NO. 08 MJ 1064 |
| v. | ) | |
| Ricardo Palmer (01) | ) | ORDER AND CONDITIONS OF PRETRIAL |
| ~~Nannen~~ Defendant. ) | | RELEASE: BAIL (18 U.S.C. § 3142(c)) |

A hearing was held to determine pretrial conditions of release of the defendant pursuant to 18 U.S.C. § 3142. The Federal Judge determined an unconditional release pursuant to 18 U.S.C.§ 3142(b) is not sufficient to assure the appearance of the defendant and the safety of the community. Thus, conditions of pretrial release are necessary pursuant to 18 U.S.C.§ 3142(c). *Good cause appearing,*
**IT IS ORDERED** that the defendant shall be released subject to the condition that the defendant: *(a) not commit a federal, state or local crime during the period of release, (b) make all court appearances and (c) comply with the conditions itemized below, as indicated by (✔), in accordance with 18 U.S.C.§ 3142(c)(2):*

## STANDARD CONDITIONS:

✓ 1. restrict travel to ☐ San Diego County, ☐ Southern District of California, ☐ Central District of California, ☒ State of California, ☐ United States, ☐ do not enter Mexico, ☐ other: _____;

✓ 2. report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court;

✓ 3. not possess or use any narcotic drug or controlled substance, (defined in 21 U.S.C. § 802), without a lawful medical prescription;

✓ 4. not possess any firearm, dangerous weapon or destructive device during the pendency of the case;

✓ 5. read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Form;

✓ 6. provide a current residence address and phone number prior to release and keep it current while case pending.

## ADDITIONAL CONDITIONS:

✓ 7. be able to legally remain in the United States during pendency of the proceedings;

____ 8. submit to treatment, and/or testing, as specified by the PSO, for:
   ☐ drugs or alcohol, and/or ☐ psychiatric or psychological counseling;

____ 9. participate in a Global Positioning System (GPS) satellite monitoring program ☐ active ☐ passive, including, release of defendant to PSA custody; and ☐ residence restrictions and/or ☐ permissive travel for employment. Defendant and sureties are responsible for GPS equipment loss or damage.
   ☐ submit to supervision and custody of _____; and/or
   ☐ remain at a specified residence (curfew) between the hours of _____ P.M. and _____ A.M. daily;

____10. actively seek and maintain full-time employment, schooling, or combination of both;

✓ 11. execute a personal appearance bond in the amount of $ 20,000 PLS secured by:
   ☐ a trust deed to the United States on real estate approved by a Federal Judge;
   ☒ the co-signatures of two _____ financially responsible (related) adults;
   ☐ Nebbia Hearing ☐ Exam of Sureties ☐ other: _____

____12. provide the court with: ☐ a cash bond and/or ☐ execute a bail bond by an approved solvent corporate surety in the amount of $ _____ that covers **ALL** conditions of release (not just appearances).

____13. 18 U.S.C.§ 3142(d) hold until _____ ; if no detainer is lodged by then, these conditions take effect.

____14. clear all warrants/FTA's within _____ days of release.

____15. all conditions previously set will remain the same.

____16. other conditions: _____
_____
_____
_____
_____
_____

DATED: 4/7/08

_____
Federal Judge

cc:   Defendant/Counsel & U.S. Pretrial Services

K:\COMMON\EVERYONE\CRIM-49B.WPD
Form Crim-49b(Rev. 8/04)

20