1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5

6 Attorneys for Mr. Palmer

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Case No. 08cr1193-DMS |
| 12      Plaintiff, ) | |
| 13 v. ) | PROOF OF SERVICE |
| 14 **RICARDO PALMER,** ) | |
| 15      Defendant. ) | |

16

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20     Michelle Pettit, Assistant United States Attorney
     efile.dkt.gc1@usdoj.gov
21

22 Dated: April 28, 2008          s/ Michelle Betancourt
                                MICHELLE BETANCOURT
23                              Federal Defenders
                                225 Broadway, Suite 900
24                              San Diego, CA 92101-5030
                                (619) 234-8467 (tel)
25                              (619) 687-2666 (fax)
                                e-mail: michelle_betancourt@fd.org
26

27

28