# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case Nos.: 08mj1064/08CR1193-DMS |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| JANEEN OCHOA (2), et al., | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, MICHAEL L. CROWLEY, am a citizen of the United States and am at least eighteen years of age. My business address is 550 West "C" Street, Suite 1960, San Diego, CA 92101. I am not a party to the above-entitled action. I have caused service of the following document(s):

1) **NOTICE OF MOTIONS AND MOTIONS FOR 1. DISCOVERY; 2. CONFIDENTIAL INFORMANT DISCLOSURE, IF ANY; 3. ATTORNEY VOIR DIRE; 4 PRESERVATION OF EVIDENCE; 5. REVIEW OF ALL PERSONNEL FILES; 6. NOTICE OF INTENT TO USE EVIDENCE; 7. FURTHER MOTIONS; AND**

2) **POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS FOR: 1. DISCOVERY; 2. CONFIDENTIAL INFORMANT DISCLOSURE, IF ANY; 3. ATTORNEY VOIR DIRE; 4 PRESERVATION OF EVIDENCE; 5. REVIEW OF ALL PERSONNEL FILES; 6. NOTICE OF INTENT TO USE EVIDENCE; 7. FURTHER MOTIONS.**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Office of the U.S. Attorney, Efile.dkt.gc2@usdoj.gov,** Caroline.Han@usdoj.gov
**(Co-counsel Def. 1) michelle_betancourt@fd.org**
**(Co-Counsel Def. 3) wm4law@yahoo.com**
**(Mat. Wit. Attorney) greencirclej@netscape.net**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:
**NONE**
I declare under penalty of perjury that the foregoing is true and correct. Executed on May 6, 2008.

          /s/ Michael L. Crowley
          MICHAEL L. CROWLEY, ESQ.