UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff<br><br>vs.<br><br>Ricardo Palmer, et al<br>           Defendant(s) | CRIMINAL NO. 08 cr 1193-DMS<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

RUBEN B. BROOKS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Ana Vega-Juarez

DATED: 5/9/2008

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA
2008 MAY -9 AM 10:12

RECEIVED _____
           DUSM

RUBEN B. BROOKS
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by /s/ _____
         Deputy Clerk