FILED
08 JUN 25 PM 4: 46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY     CP           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>RICARDO PALMER (1),<br>JANEEN OCHOA (2),<br>ANNABELLE MORAIRA (3),<br><br>           Defendants. | Criminal Case No. <u>08CR1193-DMS</u><br><br><u>I N D I C T M E N T</u><br>         **(Superseding)**<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) -<br>Bringing in Illegal Aliens for<br>Financial Gain; Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) -<br>Bringing in Illegal Aliens Without<br>Presentation; Title 18, U.S.C.,<br>Sec. 2 - Aiding and Abetting;<br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting; Title 18, U.S.C.,<br>Sec. 3147 - Commission of Offense<br>While on Pretrial Release |

The grand jury charges:

<u>Count 1</u>

On or about May 18, 2007, within the Southern District of California, defendant ANNABELLE MORAIRA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Millen Montes de Oca-Islas, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said

CPH:fer:San Diego
6/24/08

alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Count 2

On or about May 18, 2007, within the Southern District of California, defendant ANNABELLE MORAIRA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Millen Montes de Oca-Islas, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

## Count 3

On or about February 28, 2008, within the Southern District of California, defendant RICARDO PALMER, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Pedro Dominguez-Ramos, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//

<u>Count 4</u>

On or about February 28, 2008, within the Southern District of California, defendant RICARDO PALMER, with the intent to violate the immigration laws of the United States knowing and in reckless disregard of the fact that an alien, namely, Pedro Dominguez-Ramos, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<u>Count 5</u>

On or about February 28, 2008, within the Southern District of California, defendant RICARDO PALMER, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Eric Santiago-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

<u>Count 6</u>

On or about February 28, 2008, within the Southern District of California, defendant RICARDO PALMER, with the intent to violate the immigration laws of the United States knowing and in reckless disregard of the fact that an alien, namely, Eric Santiago-Garcia, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<u>Count 7</u>

On or about February 28, 2008, within the Southern District of California, defendant RICARDO PALMER, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rolando Reyes-Ruiz, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

<u>Count 8</u>

On or about February 28, 2008, within the Southern District of California, defendant RICARDO PALMER, with the intent to violate the immigration laws of the United States knowing and in reckless disregard of the fact that an alien, namely, Rolando Reyes-Ruiz, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<u>Count 9</u>

On or about April 4, 2008, within the Southern District of California, defendants RICARDO PALMER, JANEEN OCHOA and ANNABELLE MORAIRA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ana Vega-Juarez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage

and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 10

On or about April 4, 2008, within the Southern District of California, defendants RICARDO PALMER, JANEEN OCHOA and ANNABELLE MORAIRA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ana Vega-Juarez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

### Count 11

On or about June 12, 2008, within the Southern District of California, defendant RICARDO PALMER, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gustavo Jaramillo-Delgado, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//

<u>Count 12</u>

On or about June 12, 2008, within the Southern District of California, defendant RICARDO PALMER, with the intent to violate the immigration laws of the United States knowing and in reckless disregard of the fact that an alien, namely, Gustavo Jaramillo-Delgado, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<u>Pretrial Release Allegations</u>

It is further alleged that defendant RICARDO PALMER, committed the offenses alleged in Counts 11 and 12 while he was on pretrial release for the felony charges alleged in Counts 9 and 10 in Criminal Case No. 08CR1193-DMS, and therefore is subject to an enhanced penalty of not more than one year of imprisonment per count, pursuant to Title 18, United States Code, Section 3147.

DATED: June 25, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney