1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE P. HAN
   Assistant United States Attorney
3  California State Bar No. 250301
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-5220
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

FILED

08 JUL 25 PM 2: 55

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:            DEPUTY

8
                    UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,        )    Case No.  08CR1193-1-DMS
11                                   )
                      Plaintiff,     )
12                                   )    **STIPULATION OF FACT AND JOINT**
              v.                     )    **MOTION FOR RELEASE OF**
13                                   )    **MATERIAL WITNESS(ES) AND**
   RICARDO PALMER (1),               )    **ORDER THEREON**
14                                   )
                      Defendant.     )
15 _____   )

16        **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17 OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Caroline

18 P. Han, Assistant United States Attorney, and defendant Ricardo Palmer, by and through and with

19 the advice and consent of defense counsel, Michelle Betancourt, Federal Defenders of San Diego,

20 Inc., that:

21        1.       Defendant has knowingly, intelligently, and voluntarily entered into this stipulation

22 and agrees to participate in a full and complete inquiry by the Court to confirm that it has been

23 entered into knowingly, intelligently, and voluntarily.

24        2.       Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

25 before **July 25, 2008**.

26        4.       The material witness, Gustavo Jaramillo-Delgado, in this case:

27                 a.       Is an alien with no lawful right to enter or remain in the United States;

28                 b.       Entered or attempted to enter the United States illegally on or about June 12,
                           2008;

1    c. Was found walking with defendant Ricardo Palmer north of State Route 94

2 and west of Honey Springs Road in Jamul, California and that defendant knew or acted in reckless

3 disregard of the fact that he was an alien with no lawful right to enter or remain in the United States;

4    d. Was paying $2,500 to others to be brought into the United States illegally

5 and/or transported illegally to their destination therein; and,

6    e. May be released and remanded immediately to the Department of Homeland

7 Security for return to her country of origin.

8   5. After the material witness is ordered released by the Court pursuant to this stipulation

9 and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or

10 thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

11 including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

12    a. The stipulated facts set forth in paragraph 4 above shall be admitted as

13 substantive evidence;

14    b. The United States may elicit hearsay testimony from agents regarding any

15 statements made by the material witness provided in discovery, and such testimony shall be admitted

16 as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of an unavailable

17 witness; and,

18    c. Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

19 "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

20 and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

21 waives the right to confront and cross-examine the material witness(es) in this case.

22   6. By signing this stipulation and joint motion, defendant certifies that defendant has

23 read it (or that it has been read to defendant in defendant's native language). Defendant certifies

24 further that defendant has discussed the terms of this stipulation and joint motion with defense

25 counsel and fully understands its meaning and effect.

26

27

28 Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Ricardo Palmer   2     08CR1193-1-DMS

1        Based on the foregoing, the parties jointly move the stipulation into evidence and for the

2  immediate release and remand of the above-named material witness to the Department of Homeland

3  Security for return to their country of origin.

4        It is STIPULATED AND AGREED this date.

5                                Respectfully submitted,

6                                KAREN P. HEWITT
                                   United States Attorney

7

8  Dated: 7/25/08 .

                                CAROLINE P. HAN

9                                Assistant United States Attorney

10

  Dated: 7/25/08 .

11                               MICHELLE BETANCOURT
                               Defense Counsel for Ricardo Palmer

12

13  Dated: 7/25/08 .

14                                RICARDO PALMER
                                Defendant

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Ricardo Palmer          3          08CR1193-1-DMS

1                           **O R D E R**

2       Upon joint application and motion of the parties, and for good cause shown,

3       **THE STIPULATION** is admitted into evidence, and,

4       **IT IS ORDERED** that the above-named material witness be released and remanded

5 forthwith to the Department of Homeland Security for return to their country of origin.

6       **SO ORDERED.**

7

8       Dated: __7-25-08__ .

9                                      United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Ricardo Palmer           4               08CR1193-1-DMS