UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> *Ricardo Palmer* ) <br> ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. *08 CR 1193-DMS* <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. *08074298* |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

*Gustavo Jaramillo-Delgado*

DATED: *7/25/08*

RECEIVED _____
         DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by *J Klosterman*
         Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062