UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 25 PM 2:55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

JANEEN OCHOA (2),

           Defendant.

CASE NO. 08CR1193-DMS

**JUDGMENT OF DISMISSAL**
(Rule 48, F.R.Crim.P.)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8 USC 1324(a)(2)(B)(ii) and 18 USC 2.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: July 25, 2008

_____
DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal on 7/28/08
~~Judgement and Commitment~~
United States Marshal
By: _____
USMS Criminal Section